# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWAN RASHEED MCBRIDE, | ) | |
| | ) | |
| vs. | ) | CV 13-239 |
| | ) | (related to CR 08-308) |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

## ORDER

AND NOW, this 21st day of February, 2013, the Court having denied "Petitioner's Motion and Memorandum of Law Pursuant to 28 U.S.C. § 2255(f)(4)," it is hereby ORDERED, ADJUDGED, and DECREED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                                                                       S/Maurice B. Cohill, Jr.
                                                                       Maurice B. Cohill, Jr.
                                                                       Senior District Court Judge

cc:    Dawan Rasheed McBride
        30081068
        FCI McKean
        PO Box 8000
        Bradford, PA 16701